PER CURIAM.
 

 Charles and Carol Hickman, the plaintiffs below, appeal the trial court’s order awarding attorney’s fees and costs to Bjorn Q. Aaserod, the defendant below, pursuant to section 768.79, Florida Statutes. “[Wlhere an award of attorney’s fees is dependent upon the judgment obtained, the reversal of the underlying judgment necessitates the reversal of the fee award.”
 
 City of Hollywood v. Witt,
 
 939 So.2d 315, 319 (Fla. 4th DCA 2006). In
 
 Hickman v. Barclay’s International Realty, Inc.,
 
 5 So.3d 804 (Fla. 4th DCA 2009), we reversed the trial court’s order granting final summary judgment in favor of Aaserod. Therefore, we reverse the fees award as well.
 
 See Keybank Nat’l Ass’n v. Int’l Fin. Bank,
 
 875 So.2d 672, 672-73 (Fla. 3d DCA 2004);
 
 Marty v. Bainter,
 
 727 So.2d 1124, 1125 (Fla. 1st DCA 1999);
 
 Nathanson v. Houss,
 
 717 So.2d 114, 117 (Fla. 4th DCA 1998).
 

 STEVENSON, MAY and LEVINE, JJ., concur.